UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EUGENIO VALENTIN,

    Plaintiff,

-vs-                              Case No. 6:05-cv-1056-Orl-28KRS

SANFORD-ORLANDO KENNEL CLUB,
INC., COLLINS & COLLINS, JACK
COLLINS,

    Defendants.

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Award of Attorney's Fees (Doc. No. 67) filed May 15, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 8, 2008 (Doc. No. 75) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Amended Motion for Award of Attorney's Fees (Doc. No. 67) is **GRANTED in part**.

    3.    Plaintiff is awarded attorney's fees in the amount of $9,127.50

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 29th day of October, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party